**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WALCOTT**

                    **Plaintiff,**

          -against-                          **26-cv-1815 (ALC)**

**MT 181 WAVERLY LLC**                       **ORDER**


                    **Defendant.**

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' answer was due April 9, 2026. Defendants have until April 20, 2026 to answer otherwise they risk default judgment being entered in favor of Plaintiff.

**SO ORDERED.**

**Dated:**   April 13, 2026

          **New York, New York**                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**