UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIA WALCOTT, on behalf of herself and all other similarly situated,

Plaintiff,

-against-

MT 181 WAVERLY LLC d/b/a MOODY ONGUE SUSHI RESTAURANT,

Defendant.

**No. 26 Civ. 1815 (ALC)**

**JUDGMENT**

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs Gia Walcott, Alexandra Frans-Kohn, and Apolonio Nava ("Plaintiffs") on October 5, 2026; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against Defendant 181 Waverly LLC d/b/a Moody Tongue Sushi Restaurant, jointly and severally, in the amount of $43,000.00, inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 25).

Dated: New York, New York
October 8, 2026

**SO ORDERED:**

Hon. Andrew L. Carter
United States District Judge